In the Matter of 4672 BROADWAY CORPORATION et al.,
Respondents, *v.* THE BOARD OF STANDARDS AND
APPEALS OF THE CITY OF NEW YORK et al., Appellants.

(Submitted February 13, 1929; decided March 19, 1929.)

*George P. Nicholson, Corporation Counsel (Elliot S. Benedict, William T. Kennedy* and *J. Joseph Lilly* of counsel), for Board of Standards and Appeals et al., appellants.

*Frederick J. Flynn* for Broadway Sherman Realty Co., Inc., appellant.

*Isidore Cohen* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.